## 53890. THOMPSON v. THE STATE.

PER CURIAM.

Defendant appeals from his conviction for burglary. An examination of the enumeration of errors, defendant's brief, and the transcript of evidence fails to show any basis for reversal of the judgment of conviction and sentence.

*Judgment affirmed. Bell, C. J., McMurray and Smith, JJ., concur.*

SUBMITTED MAY 2, 1977 — DECIDED
JUNE 7, 1977.

*Ken Gordon,* for appellant.

*William F. Lee, Jr., District Attorney, Robert H.*

*Sullivan, Assistant District Attorney,* for appellee.